CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
6/8/2020
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

RITA LOUK,

        Plaintiff,

v.                             Case No.: 5:20cv00014

WRIGHT WAY MOTORS LLC
and F&M BANK,

        Defendants.

### FINAL ORDER

On application of the parties, by counsel, and on representations by them that all matters in this case have been resolved by settlement, and after due consideration, and for good cause shown, it is hereby ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

The Clerk is directed to send copies of this Order to counsel of record.

Entered this ___5th___ day of ___June_____, 2020

Digitally signed by Michael F. Urbanski
DN: cn=Michael F. Urbanski, o=Western District
of Virginia, ou=United States District Court,
email=mikeu@vawd.uscourts.gov, c=US
Date: 2020.06.05 15:36:19 -04'00'

_____
Michael F. Urbanski
Chief United States District Judge

WE ASK FOR THIS:

/s/ Lee Robert Arzt

_____
Lee Robert Arzt  // VSB #13192
6802 Paragon Place, Suite 220
Richmond, VA 23230
Ph: 804-282-9722
Fax: 804-282-1048
arztlaw@aol.com
*Counsel for Defendant*

_____
J. Ross Newell, III // VSB # 25132
TimberlakeSmith
P.O. Box 108
Staunton, VA 24402
Ph.: 540-885-1517
rnewell@timberlakesmith.com
*Counsel for Defendant*

TimberlakeSmith
Staunton, VA
540.885.1517

/s/ Dale W. Pittman

Dale W. Pittman // VSB #15673
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Ph: 804-861-6000
Fax: 804-861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiff*

/s/ Thomas D. Domonoske

Thomas D. Domonoske // VSB #35434
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Ph: 540-442-7706
tom@clalegal.com
*Counsel for Plaintiff*

TimberlakeSmith
Staunton, VA
540.885.1517

2

f:\61\rn\erie\louk v. wright way motors\pleadings\drafts\final order 05-26-20.docx